**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | Christopher W Delgatto<br>970 Bunker Hill Road #254<br>Houston, TX  77024 | CHAPTER 13<br><br>CASE NO. 10-34488-H4 |
| | DEBTOR | |

**MOTION TO DISMISS OR CONVERT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

\_\_\_\_\_   The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

__X__   Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

\_\_\_\_\_   Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

\_\_\_\_\_   The Debtors have not filed their Federal Income Tax return for the following years: .  Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

__X__   The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

\_\_\_\_\_   Other:

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>AUGUST 23, 2010</u> AT <u>10:00 AM</u> IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 600, 6TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1. FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated:  July 28, 2010

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the Bankrutpcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 07/28/2010.  A copy of the Certificate of Mailing of the document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee

| | |
|---|---|
| Debtor's Attorney of Record:<br>KEELING LAW FIRM<br>KENNETH A. KEELING ATTORNEY<br>3310 KATY FREEWAY  STE 200<br>HOUSTON, TX  77007 | Debtor:<br>Christopher W Delgatto<br>970 Bunker Hill Road #254<br>Houston, TX  77024 |
| ACB RECEIVABLES MNGMT<br>19 MAIN ST<br>ASBURY PARK, NJ  07712 | AFNI<br>DP RECOVERY<br>PO BOX 3427<br>BLOOMINGTON, IL  61702 |
| AMERICAN EXPRESS<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI  48090 |
| BLUEBONNET FINANCIAL ASSETS<br>1622 E BELTLINE ROAD  #102<br>CARROLLTON, TX  75006 | CAPITAL ONE NA<br>C/O AMERICAN INFOSOURCE<br>PO BOX 54529<br>OKLAHOMA CITY, OK  73154 |
| CHASE BANK USA, NA<br>C/O CREDITORS BANKRUPTCY SERV<br>P O BOX 740933<br>DALLAS, TX  75374 | COLUMBUS BANK<br>PO BOX 120<br>COLUMBUS, GA  31902 |
| E R SOLUTIONS<br>PO BOX 9004<br>RENTON, WA  98057 | FEDERATED CREDIT SERVICES INC<br>PO BOX 1484<br>NORCROSS, GA  30091 |
| GE MONEY BANK<br>C/O RECOVERY MGMT SYSTEMS<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL  33131 | HULL & ASSOCIATES<br>6200 SAVOY DR, STE 440<br>HOUSTON, TX  77036-3324 |
| INTERNAL REVENUE SERVICE***<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | JEFFERSON CAPITAL SYSTEMS<br>PO BOX 953185<br>ST LOUIS, MO  63195 |
| KEELING LAW FIRM<br>KENNETH A. KEELING ATTORNEY<br>3310 KATY FREEWAY  STE 200<br>HOUSTON, TX  77007 | LVNV FUNDING LLC<br>PO BOX 740281<br>HOUSTON, TX  77274 |
| LVNV FUNDING, LLC<br>C/O HULL & ASSOCIATES, PC<br>6200 SAVOY, SUITE 440<br>HOUSTON, TX  77036 | MACYS<br>PO BOX 8053<br>MASON, OH  45040 |
| METABNK/FHUT<br>c/o KEELING LAW FIRM<br>3310 KATY FREEWAY STE 200<br>HOUSTON, TX  77007 | MIDLAND CREDIT MANAGEMENT<br>8875 AERO DRIVE   SUITE 200<br>SAN DIEGO, CA  92123-1356 |

MIDLAND CREDIT MANAGEMENT, INC
PO BOX 939019
SAN DIEGO, CA  92193

RJM ACQUISITIONS
575 UNDERHILL BLVD #224
SYOSSET, NY  11791

STEPHEN NIERMANN
1622 E BELTLINE RD, SUITE 100
CARROLLTON, TX  75006

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL  61702

MIDNIGHT VELVET
1112 7TH AVE
MONROE, WI  53566

SEVENTH AVENUE
PO BOX 2804
MONROE, WI  53566

TOYOTA MOTOR CREDIT CORP
500 REDBROOK BLVD
OWINGS MILLS, MD  21117

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Christopher W Delgatto | CASE NO. 10-34488-H4 |
| 970 Bunker Hill Road #254 | |
| Houston, TX  77024 | |
| DEBTOR | |

**ORDER OF DISMISSAL**

  The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

  ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge