IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-34488-H4-13 |
| Christopher W Delgatto | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING

Christopher W Delgatto opposes the Trustee's Motion to Dismiss filed on or about July 28, 2010.

Debtor will show the Court that they intend to become current with their payments to the Trustee's office before the date of this hearing.

Debtor requests a hearing.

Debtor requests that the Trustee's Motion to Dismiss be DENIED.

Respectfully submitted,

THE KEELING LAW FIRM

/s/Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3059

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties electronically or by U.S. First Class Mail on August 19, 2010.

| | | |
|---|---|---|
| United States Trustee | David G. Peake | Christopher W Delgatto |
| 515 Rusk, Suite 3516 | 9660 Hillcroft | |
| Houston, TX 77002 | Suite 430 | 970 Bunker Hill Road #254 |
| | Houston, TX 77096 | Houston, TX 77024 |

/s/Kenneth A. Keeling
KENNETH A. KEELING